UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BYRON CHAPMAN,

        Plaintiff,

   v.

CITY OF LINCOLN,

        Defendant.

No. 2:15-cv-00270-GEB-EFB

**ORDER**

       On February 17, 2015, Plaintiff filed a request "to redact plaintiff's personal/sensitive information (**i.e.**, social security number, birth date, driver's licenses, and telephone number) in [E]xhibit A [to] the Complaint that was filed on January 30, 2015, pursuant to Fed. R. Civ. P. 5.2 and L.R. 140." (Pl.'s Req., ECF No. 5.) A proposed redacted copy of Exhibit A to the Complaint is attached to Plaintiff's request. (ECF No. 5-1.)

       Plaintiff failed to redact the referenced information as prescribed in Federal Rule of Civil Procedure 5.2 and Local Rule 140. These rules require the redaction of certain "personal data identifiers from all pleadings," including social security numbers and dates of birth. E.D. Cal. R. 140(a). Therefore, what Plaintiff requests, in effect, is that the court "substitute[] [Plaintiff's proposed] redacted Exhibit A [in place of the original, unredacted] Exhibit A filed with the . . . Complaint." (Pl.'s Proposed Order, ECF No. 6.)

1

1      This request is GRANTED. The Clerk of the Court shall
2 delete the present Exhibit A to the Complaint, (ECF No. 2-1), and
3 shall attach in its place Plaintiff's proposed, redacted Exhibit
4 A, which is currently docketed as ECF No. 7. See <u>CBS, Inc. v.</u>
5 <u>U.S. Dist. Court for the Cent. Dist. of Cal.</u>, 765 F.2d 823, 825-
6 26 (9th Cir. 1985) (ordering "improvidently filed" document
7 removed from the record); <u>see also</u> <u>Fine v. Cambridge Int'l Sys.,</u>
8 <u>Inc.</u>, No. 12cv165 WQH (BGS), 2012 WL 2871656, at *2 (S.D. Cal.
9 July 11, 2012) (referencing that motion containing information in
10 violation of Rule 5.2 had been "removed from the docket").
11 Dated:  February 20, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge