1   THOMAS E. FRANKOVICH (State Bar No. 074414)
    THOMAS E. FRANKOVICH,
2   *A PROFESSIONAL LAW CORPORATION*
    1832-A Capitol Street
3   Vallejo, CA 94590
    Telephone:   (415) 444-5800
4   Facsimile:   (415) 674-9900

5   Attorney for Plaintiff
    BYRON CHAPMAN
6

7                        UNITED STATES DISTRICT COURT
8                       EASTERN DISTRICT OF CALIFORNIA
9

10
    BYRON CHAPMAN,                    )   **CASE NO.** 2:15-cv-00270-GEB-EFB
11                                    )
              Plaintiff,              )   **STIPULATION EXTENDING TIME**
12                                    )   **FOR PLAINTIFF TO FILE REPLY TO**
    v.                                )   **DEFENDANT'S OPPOSITION TO**
13                                    )   **PLAINTIFF'S MOTION FOR LEAVE**
    CITY OF LINCOLN,                  )   **TO AMEND THE COMPLAINT**
14                                    )
              Defendant.              )   **Date:   December 14, 2015**
15                                    )   **Time:  9:00 a.m.**
                                      )   **Ctrm: 10**
16                                    )
                                      )   **Hon. Judge Garland E. Burrell, Jr.**
17                                    )
    _____)
18

19          Plaintiff BYRON CHAPMAN and Defendant CITY OF LINCOLN by and through their

20  respective attorneys of record, respectfully request and stipulate, as follows:

21          1.     **Whereas**, on November 9, 2015, plaintiff filed a Notice of Motion and Motion

22  for Leave to Amend the Complaint;

23          2.     **Whereas**, plaintiff's Motion for Leave to Amend the Complaint is currently

24  scheduled to be heard on December 14, 2015 at 9:00 a.m. in Courtroom 10;

25          3.     **Whereas**, Defendant filed its Opposition on November 30, 2015;

26          4.     **Whereas**, plaintiff's Reply is currently due to the Court today, December 7, 2015;

27  however, plaintiff needs one additional day to complete;

28          5.     **Whereas**, plaintiff has currently been out of the office since Thanksgiving and

    therefore has not had an opportunity to complete;

                  **STIPULATION EXTENDING TIME FOR PLAINTIFF TO FILE REPLY**

6.     **Whereas**, defendant has agreed to grant plaintiff with one extra day to file his responsive pleading to said motion.

**IT IS SO STIPULATED:**

That the last day for plaintiff BYRON CHAPMAN, to file his Reply to Defendant's Opposition to Plaintiff's Motion for Leave to Amend the Complaint be extended up to and including December 8, 2015.

This stipulation may be executed in counterparts and have the same force and effect as though all signatures are on the same and/or consecutive pages.  Photocopies and facsimile shall have the same force and effect as originals.

Respectfully submitted,

Dated: December 7, 2015          THOMAS E. FRANKOVICH,
                                 *A PROFESSIONAL LAW CORPORATION*


                                 By:  /s/ Thomas E. Frankovich
                                 Thomas E. Frankovich
                                 Attorney for Plaintiff BYRON CHAPMAN

Dated: December 7, 2015          PORTER SCOTT


                                 By: /s/ Hovannes G. Nalbandyan
                                 Hovannes G. Nalbandyan
                                 Stephen E. Horan
                                 Attorneys for Defendant CITY OF LINCOLN

**ORDER**

Pursuant to the parties' stipulation, **IT IS ORDERED** that the last day for the plaintiff to file his Reply to Defendant's Opposition to Plaintiff's Motion for Leave to Amend the Complaint be extended up to and including December 8, 2015.

**IT IS SO ORDERED.**

Dated:  December 7, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28