UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF LINCOLN,<br><br>    Defendant. | No. 2:15-cv-00270-GEB-EFB<br><br>**RELATED CASE ORDER** |
| BYRON CHAPMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF LINCOLN,<br><br>    Defendant. | No. 2:15-cv-02326-WBS-CKD |

Plaintiff filed a "Notice of Related Cases" in which he states:

> [T]he [above-captioned] matters . . . [both] involve claims for violation of Title II of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, et seq., California Civil Code §§ 51, 51.5, and 54, et seq., resulting from defendant's failure to provide proper legal access to the Lincoln's City Counsel's Meeting Venue or provide an "alternative site." Plaintiff BYRON CHAPMAN is the same individual in both actions, and the principle defendant in the above-entitled action is CITY OF LINCOLN.

1

> Plaintiff BYRON CHAPMAN believes that consolidation and assignment of these actions to a single Judge would be in the best interest of the parties and would promote judicial economy.

(Notice of Related Cases, ECF No. 18.)

Examination of the above-captioned cases reveals that they are related within the meaning of Local Rule 123. Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed case was assigned. Therefore, case no. 2:15-cv-02326-WBS-CKD is reassigned to Judge Garland E. Burrell, Jr., and Magistrate Judge Edmund F. Brennan for all further proceedings, and any date currently set in the reassigned case is VACATED. Henceforth the caption on documents filed in the reassigned case shall show the initials "GEB-EFB."

Further, a Status Conference is scheduled in case no. 2:15-cv-02326 before the undersigned judge on February 29, 2016, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior.[1]

The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: December 18, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.