UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF LINCOLN,<br><br>        Defendant. | No. 2:15-cv-00270-GEB-EFB<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** |

       Plaintiff seeks leave under Federal Rule of Civil Procedure ("Rule") 15(a) "to amend the complaint to add new allegations of discrimination under Title II of the Americans with Disabilities Act." (Notice of Mot. & Mot. for Leave to Amend Compl. 1:19-20, ECF No. 13.) Defendant opposes the motion, arguing "Plaintiff does not discuss why he has 'good cause' to amend his complaint." (Mem. of P.&A. ISO Def.'s Opp'n to Pl.'s Mot. for Leave to Am. Compl. 6:13-15, ECF No. 14.)

       Since a pretrial scheduling order has been filed that has an amended pleadings provision, a motion seeking to amend pleadings is governed first by Rule 16(b), and only secondarily by Rule 15(a). Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 608 (9th Cir. 1992) (stating plaintiff's "ability to amend his complaint [is] governed [first] by Rule 16(b), not Rule 15(a)"). The following provision is contained in the amended pleading deadline portion of the Status (Pretrial Scheduling)

1

Order, filed on April 27, 2015: "No further service, joinder of parties or amendments to pleadings is permitted, except with leave of Court **for good cause shown**." (Status (Pretrial Scheduling) Order 1:18-21, ECF No. 11 (emphasis added).)

Plaintiff failed to address the "good cause" standard in his opening brief, and the Court need not consider an argument raised for the first time in a reply brief. Since the "good cause" standard has not been addressed, Plaintiff's motion is DENIED.

Dated:  January 6, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge