**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Hovannes G. Nalbandyan, SBN 300364
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant, CITY OF LINCOLN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF LINCOLN,<br><br>　　　　Defendant.<br>_____/ | CASE NO. **2:15-CV-00270- MCE-EFB**<br>RELATED CASE: 2:15 –CV-02326-MCE-EFB<br><br>**JOINT STIPULATION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(a) AND ORDER**<br><br>Complaint Filed: 01/30/2015<br>First Amended Complaint: 05/03/2016 |

THE PARTIES HEREBY STIPULATE AND AGREE that Defendant CITY OF LINCOLN, may have until June 3, 2016, to file a responsive pleading to Plaintiff's First Amended Complaint in order to allow Defendant to obtain information necessary to file an Answer to the Complaint. This extension does not exceed the twenty-eight (28) days allowed under Eastern District Local Rule 144(a).

///

///

///

///

{01553451.DOCX}                                                       1
**JOINT STIPULATION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(a) AND ORDER**

1  This is the first stipulation for an extension of time between the parties. Pursuant to Local Rule
2  144(a), approval of this stipulation by the Court is not necessary.
3  **IT IS SO STIPULATED AND AGREED.**

4  Dated: May 19, 2016                    PORTER SCOTT
                                          A PROFESSIONAL CORPORATION
                                          By/s/ *Hovannes Nalbandyan*
                                          Steven E. Horan
                                          Hovannes G. Nalbandyan
                                          Attorneys for Defendant
                                          CITY OF LINCOLN

Dated: May 19, 2016                      THOMAS E. FRANKOVICH
                                         A PROFESSIONAL LAW CORPORATION

                                         By /s/ Thomas E. Frankovich (Authorized)
                                         Thomas E. Frankovich
                                         Attorney for Plaintiff,
                                         BYRON CHAPMAN

**ORDER**

IT IS SO ORDERED.

Dated: May 25, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

{01553451.DOCX}                    2
**JOINT STIPULATION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT PURSUANT
TO EASTERN DISTRICT LOCAL RULE 144(a) AND ORDER**