**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Hovannes G. Nalbandyan, SBN 300364
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant, CITY OF LINCOLN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, | CASE NO.   2:15-CV-00270- MCE-EFB |
|  | RELATED CASE: 2:15 –CV-02326-MCE-EFB |
| Plaintiff, |  |
|  | **2nd JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST-AMENDED COMPLAINT AND ORDER** |
| v. |  |
|  |  |
| CITY OF LINCOLN, |  |
|  |  |
| Defendant. | Complaint Filed:  01/30/2015 |
|  | First Amended Complaint: 05/03/2016 |

THE PARTIES HEREBY STIPULATE AND AGREE that Defendant CITY OF LINCOLN, may have until June 23, 2016, to file a responsive pleading to Plaintiff's First-Amended Complaint. Parties are attempting to draft an operative complaint, so the above-mentioned related cases may be consolidated into one matter.  This extension exceeds the twenty-eight (28) days allowed under Eastern District Local Rule 144(a) and therefore approval of this stipulation by the court is necessary.

///

///

///

{01558690.DOCX}                                                                  1
**2nd JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND ORDER**

This is the second stipulation for an extension of time between the parties.

**IT IS SO STIPULATED AND AGREED.**

Dated: June 2, 2016						PORTER SCOTT
								A PROFESSIONAL CORPORATION
								By */s/ Hovannes Nalbandyan*
								Steven E. Horan
								Hovannes G. Nalbandyan
								Attorneys for Defendant
								CITY OF LINCOLN


Dated:  June 2, 2016						THOMAS E. FRANKOVICH
								A PROFESSIONAL LAW CORPORATION

								By /s/ *Thomas E. Frankovich* (Authorized)
								Thomas E. Frankovich
								Attorney for Plaintiff,
								BYRON CHAPMAN

**ORDER**

IT IS SO ORDERED.

Dated:  June 8, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE