**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Hovannes G. Nalbandyan, SBN 300364
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant, CITY OF LINCOLN

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF LINCOLN,<br><br>　　　　Defendant.<br>_____/ | CASE NO.  2:15-CV-00270- MCE-EFB<br>RELATED CASE: 2:15 –CV-02326-MCE-EFB<br><br>**3rd JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST-AMENDED COMPLAINT AND ORDER**<br><br>Complaint Filed:  01/30/2015<br>First Amended Complaint: 05/03/2016 |

　　　　THE PARTIES HEREBY STIPULATE AND AGREE that Defendant CITY OF LINCOLN, may have until July 14, 2016, to file a responsive pleading to Plaintiff's First-Amended Complaint for CASE NO.  2:15-CV-00270- MCE-EFB, prior to which Parties intend to file a joint stipulation to consolidate. This Court issued a Related Case Order agreeing the two cases are related within the meaning of Local Rule 123. Parties are attempting to draft an all-encompassing complaint to consolidate the above-mentioned related matters into one.

　　　　The delay is caused by the death of one of Plaintiff's Counsels' client, Patrick Connally, who has eight pending actions in a separate matter. During the course of the last month, Plaintiff's counsel had to file eight (8) successor-of-interest motions in the Northern District. The process entails filing the initial successor-of-interest motion, a motion for leave to amend complaint,

replies for said motions, while amending the underlying complaints and filing new complaints. This takes up a significant amount of time. As such, Plaintiff's counsel failed to prepare a [proposed] operative complaint. Parties respectfully request a final extension of time to respond, so Parties may file a joint stipulation to consolidate the two matters.

Parties intend to file a joint-stipulation to consolidate and attach the all-encompassing complaint as the [Proposed] Operative Complaint for both matters prior to the deadline for CITY OF LINCOLN to respond to Plaintiff's First-Amended Complaint. Thereafter, if this Court grants parties' joint stipulation to consolidate, Plaintiff can file the operative complaint. This extension exceeds the twenty-eight (28) days allowed under Eastern District Local Rule 144(a) and therefore requires approval of this stipulation by the court. This is the third and final stipulation for an extension of time between the parties.

**IT IS SO STIPULATED AND AGREED.**

Dated: June 23, 2016

PORTER SCOTT
A PROFESSIONAL CORPORATION
By /s/ Hovannes Nalbandyan
Steven E. Horan
Hovannes G. Nalbandyan
Attorneys for Defendant
CITY OF LINCOLN

Dated:  June 23, 2016

THOMAS E. FRANKOVICH
A PROFESSIONAL LAW CORPORATION

By /s/ Thomas E. Frankovich (Authorized)
Thomas E. Frankovich
Attorney for Plaintiff,
BYRON CHAPMAN

IT IS SO ORDERED.

Dated:  June 29, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

{01569445.DOCX}

2

**3rd JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND ORDER**