**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Adam J. DeBow, SBN 305809
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant, CITY OF LINCOLN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF LINCOLN,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. **2:15-CV-00270- MCE-EFB**<br><br>**STIPULATION AND ORDER TO EXTEND PRE-TRIAL MOTIONS AND EXPERT DISCOVERY**<br><br>Complaint Filed:  01/30/2015 |

Plaintiff BYRON CHAPMAN ("CHAPMAN") and Defendant CITY OF LINCOLN hereby submit the following Stipulation to Extend the Hearing Date for Dispositive Motions:

1.　　WHEREAS, on January 30, 2015, CHAPMAN filed a lawsuit against the CITY OF LINCOLN (*Chapman v. City of Lincoln.*, Case No. 2:15-CV-00270- MCE-EFB [*Chapman I*]) for: (1) Denial of Access in Violation of the ADA Pursuant to Title III (42 U.S.C. §12101, *et seq.*); (2) Denial of Full and Equal Access in Violation of California Civil Code §§ 54, 54.1, and 54.3 (Disabled Persons Act); (3) Denial of Accessible Sanitary Facilities in Violation of California Health & Safety Code § 19955, *et seq.*; and (4) Denial of Access to Full and Equal

Accommodations, Advantages, Facilities, Privileged and/or Services in Violation of California Civil Code § 51, et seq. (Unruh Civil Rights Act).

2.     WHEREAS, on November 10, 2015, CHAPMAN filed a second lawsuit against the CITY OF LINCOLN (*Chapman v. City of Lincoln,* Case No: 2:15-CV-02326-MCE-EFB [*Chapman II*]) for same causes of action, excluding the Health & Safety Code violation. The ADA action for this matter was plead under Title II.

3.     WHEREAS, on February 5, 2016, Defendant City of Lincoln filed a Motion for Summary Judgment in Case No. 2:15-CV-00270-MCE-EFB.

4.     WHEREAS, on April 29, 2016, the Court denied Defendant's motion without prejudice and granted Plaintiff leave to file his First Amended Complaint.

5.     WHEREAS, on May 3, 2016, CHAPMAN filed First-Amended complaint for *Chapman I* realleging the ADA action under Title II and making other amendments.

6.     WHEREAS, on July 13, 2016, the parties filed a Joint Stipulation to consolidate the two matters.

7.     WHEREAS, on July 19, 2016, the Court issued an Order to Consolidate, consolidating the two above-mentioned matters.

8.     WHEREAS, on October 27, 2016, a settlement conference was set for November 14, 2016 with Judge Morrison England.

9.     WHEREAS, on November 4, 2016, pursuant to an agreement by the parties the Court continued the Settlement Conference to February 21, 2017.

10.    WHEREAS, the pre-trial scheduling order in this matter was issued on June 22, 2016, requires that the last day to hear dispositive motions is April 6, 2017.

11.    WHEREAS, the pre-trial scheduling order requires that all Motions for Summary Judgment be filed at least eight weeks prior to the hearing, meaning such motions must be filed by February 9, 2017.

12.    WHEREAS, the pre-trial scheduling order provides that expert discovery should be completed "in a timely manner in order to comply with the Court's deadline for filing dispositive motions."

12.     WHEREAS, the parties hope to avoid the necessity of filing dispositive motions by reaching a fair resolution at the February 21, 2017, settlement conference.

13.     WHEREAS, the parties hope to avoid the expense of expert discovery prior to the settlement conference scheduled on February 21, 2017.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between CHAPMAN and the CITY OF LINCOLN, through their respective counsel of record herein, as follows:**

I.      The deadline hearing dispositive motions shall be extended by 44 days from April 6, 2017, to May 20, 2017 in order to allow the parties to engage in the settlement conference scheduled for February 21, 2017.

II.     The parties agree to conduct expert discovery in a timely manner in order to comply with the new hearing deadline for dispositive motions.

III.    All other deadlines set forth in the Court's Amended pre-trial scheduling order shall remain unchanged.

**IT IS SO STIPULATED AND AGREED.**

Date: January 23, 2017         PORTER SCOTT
                               A PROFESSIONAL CORPORATION

                               By: /s/ *Stephen E. Horan*
                                   Stephen E. Horan
                                   Adam J. DeBow
                                   Attorneys for Defendant
                                   CITY OF LINCOLN


Dated:  January 18, 2017       THOMAS E. FRANKOVICH
                               A PROFESSIONAL LAW CORPORATION

                               By: /s/ *Thomas E. Frankovich* (Authorized 1/18/17)
                                   Thomas E. Frankovich
                                   Attorney for Plaintiff,
                                   BYRON CHAPMAN

**ORDER**

Pursuant to the parties' stipulation and good cause having been shown, the deadline for hearing dispositive motions is hereby CONTINUED to MAY 20, 2017.

IT IS SO ORDERED.

Dated: January 23, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

{01637270.DOCX}                    4
**STIPULATION AND ORDER TO EXTEND PRE-TRIAL MOTIONS AND EXPERT DISCOVERY**