1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11    BYRON CHAPMAN,                              No. 2:17-cv-01234-MCE-EFB
                                                  and previously related cases
12                    Plaintiff,
                                                  2:15-cv-00270-MCE-EFB
13         v.                                     2:15-cv-02326-MCE-EFB
                                                  2:17-cv-00123-MCE-EFB
14    CITY OF LINCOLN,

15                    Defendant.

16                                                **RELATED CASE ORDER**

17    BYRON CHAPMAN,                              No.  2:18-cv-01059-WBS-KJN

18                    Plaintiff,

19         v.

20    CITY OF LINCOLN,

21                    Defendant.

22

23         The Court has received the Notice of Related Case filed on August 6, 2018.

24         Examination of the above-entitled civil actions reveals that these actions are

25    related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).

26    ///

27    ///

28

1

1     The actions involve the same defendant and are based on the same or similar claims,

2 the same property transaction or event, similar questions of fact and the same questions

3 of law, and would therefore entail a substantial duplication of labor if heard by different

4 judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a

5 substantial savings of judicial effort and is also likely to be convenient for the parties.

6       The parties should be aware that relating the cases under Local Rule 123 merely

7 has the result that both actions are assigned to the same judge; no consolidation of the

8 action is effected.  Under the regular practice of this court, related cases are generally

9 assigned to the district judge and magistrate judge to whom the first filed action was

10 assigned.

11       IT IS THEREFORE ORDERED that the action denominated 2:18-cv-01059-WBS-

12 KJN is reassigned to District Judge Morrison C. England, Jr. and Magistrate Judge

13 Edmund F. Brennan for all further proceedings, and any dates currently set in this

14 reassigned case only are hereby VACATED.  The Clerk of the Court is to issue an Initial

15 Pretrial Scheduling Order.  The caption on documents filed in the reassigned case shall

16 be shown as 2:18-cv-01059-MCE-EFB.

17       IT IS FURTHER ORDERED that the Clerk of the Court make appropriate

18 adjustment in the assignment of civil cases to compensate for this reassignment.

19       IT IS SO ORDERED.

20 Dated:  August 9, 2018

21

22 MORRISON C. ENGLAND, JR.
          UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28